# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 18-1321**

**September Term, 2020**

**USTC-7107-16W**

**Filed On:** January 19, 2021

In re: Sealed Case,

**BEFORE:** Henderson, Rogers, and Katsas, Circuit Judges

# <u>UNDER SEAL JUDGMENT</u>
# <u>NOT AVAILABLE TO PUBLIC</u>